B104 (FORM 104) (08/07)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|
| **PLAINTIFFS** R. Keith Johnson, Trustee | **DEFENDANTS** Brian Mergentime |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) R. Keith Johnson, P.A. 1275 S. Hwy. 16, Stanley, NC 28164 (704) 827-4200 | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only) ☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin ☐ Creditor ☐ Other ☒ Trustee | **PARTY** (Check One Box Only) ☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin ☐ Creditor ☒ Other ☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

### NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☒ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

☐ Check if this case involves a substantive issue of state law ☐ Check if this is asserted to be a class action under FRCP 23
☐ Check if a jury trial is demanded in complaint | Demand $ 31,208.90

Other Relief Sought

B104 (FORM 104) (08/07), Page 2

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES ||||
|---|---|---|---|
| NAME OF DEBTOR Danielle Anne Mergentime || BANKRUPTCY CASE NO. 17-30074 ||
| DISTRICT IN WHICH CASE IS PENDING WDNC || DIVISION OFFICE Charlotte | NAME OF JUDGE J. Craig Whitley |
| RELATED ADVERSARY PROCEEDING (IF ANY) ||||
| PLAINTIFF | DEFENDANT || ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING || DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) R. Keith Johnson ||||
| DATE June 22, 2017 ||| PRINT NAME OF ATTORNEY (OR PLAINTIFF) R. Keith Johnson |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **DANIELLE ANNE MERGENTIME,** ) | **CASE NO. 17-30074** |
| ) | **CHAPTER 7** |
| **Debtor.** ) | |
| ) | |
| **R. KEITH JOHNSON, Trustee for the** ) | **ADV. PROC. NO. _____** |
| **Bankruptcy estate of Danielle Anne Mergentime** ) | |
| ) | |
| **Plaintiff,** ) | **COMPLAINT TO RECOVER PROPERTY** |
| ) | |
| **v.** ) | |
| ) | |
| **BRIAN MERGENTIME,** ) | |
| ) | |
| **Defendant.** ) | |

**THE PLAINTIFF,** complaining of the Defendant, alleges and says as follows:

1. On 18 January 2017 Danielle Anne Mergentime (hereinafter "Debtor") filed a voluntary Chapter 7 bankruptcy case in this Court.

2. The Plaintiff, R. Keith Johnson, is the duly appointed, qualified, and acting Trustee for the bankruptcy estate of the Debtor.

3. The Defendant, Brian Mergentime (hereinafter "Defendant"), is the former husband of the Debtor.

4. Upon information and belief, the Defendant is a citizen and resident of Concord, Cabarrus County, North Carolina with an address of 9626 Walkers Glen, Concord, North Carolina 28027.

5. On 12 March 2017 the Debtor transferred to the Defendant the sum of $31,208.90, said transfer being evidenced by check no. 123 dated 3/12/17 and drawn on the account of the Debtor, a copy of said check being attached hereto and incorporated by reference.

6. Check no. 123 was endorsed by the Defendant and, upon information and belief, collected and deposited into his account.

7.	The transfer to the Defendant is a post-petition transfer to the Defendant, which should be set aside and preserved for the benefit of the bankruptcy estate.

8.	This is a core proceeding and the Trustee consents to final and dispositive orders by the Bankruptcy Court.

**WHEREFORE,** the Trustee prays that the Court order the Defendant to pay to the Trustee for the benefit of the bankruptcy estate the sum of $31,208.90, plus the costs of this action.

This the 22nd day of June, 2017.

/s/ R. Keith Johnson
R. Keith Johnson, Trustee
and Attorney for Trustee
NC State Bar No. 8840
1275 Highway 16 South
Stanley, NC 28164
(704)-827-4200

| | 66-112/531 | 123 |
|---|---|---|
| **DANIELLE ANNE MERGENTIME** | | |
| 1506 BURRELL AVE NW | | 3/12 20 17 |
| CONCORD, NC 28027 | | |

PAY TO THE ORDER OF _Brian Mergentime_ | $ 31,208.90

_Thirty one thousand two hundred eight & 90/100_ DOLLARS

BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT   BBT.COM

FOR _hslf lump – atty_           _Danielle A Mergen_

·8627·

